No. 10–517. ESTALITA *v.* HOLDER, ATTORNEY GENERAL. C. A. 10th Cir. Certiorari denied.

No. 10–596. COFFIELD ET AL. *v.* KEMP. C. A. 11th Cir. Certiorari denied.

No. 10–598. KLEINHAMMER *v.* CITY OF PASO ROBLES, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–603. SUPER DUPER, INC., DBA SUPER DUPER PUBLICATIONS *v.* MATTEL, INC. C. A. 4th Cir. Certiorari denied.

No. 10–604. MOSELEY ET UX. *v.* V SECRET CATALOGUE, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 10–613. ATTORNEY'S PROCESS & INVESTIGATION SERVICES, INC. *v.* SAC AND FOX TRIBE OF THE MISSISSIPPI IN IOWA. C. A. 8th Cir. Certiorari denied.

No. 10–620. PROCESSING SOLUTIONS, LLC, ET AL. *v.* BAILLIE. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 10–624. GRISWOLD ET AL. *v.* DRISCOLL ET AL. C. A. 1st Cir. Certiorari denied.

No. 10–630. INTERNATIONAL BOUNDARY COMMISSION ET AL. *v.* LEU ET VIR. C. A. 9th Cir. Certiorari denied.

No. 10–635. TOWNSHIP OF LIBERTY, OHIO, ET AL. *v.* WEDGEWOOD LIMITED PARTNERSHIP I. C. A. 6th Cir. Certiorari denied.

No. 10–639. ROACH *v.* WRIGLEY, SUPERINTENDENT, NEW CASTLE CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 10–640. SHLAHTICHMAN *v.* 1-800-CONTACTS, INC. C. A. 7th Cir. Certiorari denied.

No. 10–644. GRUMA CORP. *v.* AREVALO. C. A. 9th Cir. Certiorari denied.